DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARYANN F. MANGANIELLO,**
Appellant,

v.

**REEMPLOYMENT ASSISTANCE APPEALS COMMISSION,**
Appellee.

No. 4D22-2814

[April 6, 2023]

Appeal from the State of Florida, Reemployment Assistance Appeals Commission, L.T. Case No. RAAC 22-01309.

Maryann F. Manganiello, North Lauderdale, pro se.

Amanda L. Neff, Deputy General Counsel, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***